UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-80087-CR-SMITH

UNITED STATES OF AMERICA,

v.

DWIGHT CASTALDI

        **Defendant.**
_____/

**GOVERNMENT'S UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES**

COMES NOW, the United States of America, hereby files this unopposed motion to extend pretrial deadlines, and states as follows:

1. On December 1, 2020, a federal grand jury returned an indictment charging the defendant, Dwight Castaldi ("Castaldi") with production of child pornography, in violation of 18 U.S.C. § 2551(a), enticement of a minor, in violation of 18 U.S.C. § 2422(b), possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B), and receipt and distribution of child pornography, in violation of 18 U.S.C. §2252(a)(2).  *See* Doc 5.

2. Castaldi was arraigned on this Indictment on December 4, 2020.

3. Today, January 4, 2021, this Court entered its order setting trial (DE 14).  Among other things, the order directs both parties that "[a]ll pre-trial motions and motions in limine must be filed by 28 days from arraignment."  That 28-day date would have been January 1, 2021.  Having received the order setting trial today, January 4, 2021, the parties were unable to comply with that deadline.

4. Discovery was filed on December 29, 2020 (DE 13), the day after this Court signed the stipulated, requested, protective order (DE 12).  The facts of this case involve many civilian

witnesses and the discovery is thousands of pages long.

5.      It is unknown at this point what legal matters will be agreed to, such that pretrial motions will be necessitate or not.  Therefore the parties are requesting that the deadline for pretrial motions, assuming the date of the trial is not continued, be reset until March 1, 2021.

6.      The undersigned has conferred with counsel for the defendant who has no objection and joins in this request.

>                Respectfully submitted,
>
>                ARIANA FAJARDO ORSHAN
>                UNITED STATES ATTORNEY
>
>
>                By: *s/Gregory Schiller*
>                GREGORY SCHILLER
>                ASSISTANT U.S. ATTORNEY
>                Court ID # A5501096
>                500 Australian Avenue, Suite 400
>                West Palm Beach, FL 33401
>                Phone: (561) 209-1045
>                Email: gregory.schiller@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 4, 2021, I electronically filed the foregoing document with the Clerk of the Court, and served a copy upon all counsel of record, using CM/ECF.

By: *s/Gregory Schiller*
Gregory Schiller
Assistant United States Attorney