# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-80087 -CR-SMITH

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

DWIGHT CASTALDI,

    Defendant.

_____/

## WAIVER OF PHYSICAL PRESENCE IN COURT AND CONSENT TO APPEAR BY VIDEO OR TELECONFERENCE CONFERENCE UNDER THE CARES ACT, PUB. L. NO. 116-136, 134 STAT. 281

**COMES NOW** Defendant   Dwight Castaldi, who states:

1. I have read the Indictment/Information/Petition (or it was read to me) and understand the charges that have been brought against me.

2. I have consulted with my attorney.  I understand that I am guaranteed the right to be present at all criminal proceedings if my presence is critical to the outcome of the proceeding and would contribute to the fairness of the proceeding.

3. I understand that the guaranteed right to be present means the right for me to be present, in person in the courtroom, with my attorney, the prosecutor, and the judge.

4. I understand that I can waive the guaranteed right to appear in person and consent to appear, at today's hearing, by video teleconference or telephone conference.

5. I **XX waive** \_\_\_\_ **do not waive** (check one) my right to be present, in person in the courtroom, for today's proceeding(s) (name proceeding(s)): **Change of Plea**, and/or for all proceedings on Exhibit A attached hereto identified by checkmark and the initials of the Defendant and/or Defendant's attorney.

6. I **XX consent** \_\_\_\_ **do not consent** (check one) to appearing by video teleconference or telephone conference if video teleconference is not reasonably available for today's proceeding(s) (name proceeding(s)):

CASE NO. 20-20160-CR-ALTONAGA

_____,
and/or for all proceedings on Exhibit A attached hereto identified by checkmark and the initials of the Defendant and/or Defendant's attorney.

| | |
|---|---|
| *HAM for s/Dwight Castaldi* | *s/Huda Ajlani Macri* |
| _____ | _____ |
| Defendant's Signature[1] | Defense Counsel's Signature |
| | |
| Dwight Castaldi | Huda Ajlani-Macri |
| _____ | _____ |
| Defendant's Name (printed) | Defense Counsel's Name (printed) |
| | |
| 7/7/2021 | 7/7/2021 |
| _____ | _____ |
| Date | Date |

ACCEPTED BY:

_____   7/8/2021
**RODNEY SMITH**                 Date
**UNITED STATES DISTRICT JUDGE**

---

[1] Due to the COVID-19 pandemic, conformed signatures by permission will be accepted. If signed by permission, defense counsel represents that Defendant gave express permission to apply his or her signature.

CASE NO. 20-20160-CR-ALTONAGA

# **EXHIBIT A**

- ☐ Detention hearings under 18 U.S.C. § 3142.
  \_\_\_\_\_    \_\_\_\_\_

- ☐ Initial appearances under Rule 5 of the Federal Rules of Criminal Procedure.
  \_\_\_\_\_    \_\_\_\_\_

- ☐ Preliminary hearings under Rule 5.1 of the Federal Rules of Criminal Procedure.
  \_\_\_\_\_    \_\_\_\_\_

- ☐ Waivers of indictment under Rule 7(b) of the Federal Rules of Criminal Procedure.
  \_\_\_\_\_    \_\_\_\_\_

- ☐ Arraignments under Rule 10 of the Federal Rules of Criminal Procedure.
  \_\_\_\_\_    \_\_\_\_\_

- ☐ Probation and supervised release revocation proceedings under Rule 32.1 of the Federal Rules of Criminal Procedure.
  \_\_\_\_\_    \_\_\_\_\_

- ☐ Pretrial release revocation proceedings under section 3148 of title 18, United States Code.
  \_\_\_\_\_    \_\_\_\_\_

- ☐ Appearances under Rule 40 of the Federal Rules of Criminal Procedure.
  \_\_\_\_\_    \_\_\_\_\_

- ☐ Misdemeanor pleas and sentencings as described in Rule 43(b)(2) of the Federal Rules of Criminal Procedure.
  \_\_\_\_\_    \_\_\_\_\_

- ☐ Proceedings under chapter 403 of title 18, United States Code (commonly known as the "Federal Juvenile Delinquency Act"), except for contested transfer hearings and juvenile delinquency adjudication or trial proceedings.
  \_\_\_\_\_    \_\_\_\_\_