UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80087-CR-SMITH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DWIGHT CASTALDI,

    Defendant.
_____/

**DEFENDANT'S MOTION TO EXTEND THE TIME TO FILE OBJECTIONS TO THE PRESETENCING INVESTIGATION REPORT AND MOTION TO CONTINUE SENTENCING**

The Defendant, Dwight Castaldi, through counsel, files this Motion to Continue Sentencing in this matter that is currently scheduled for September 20, 2021 and in support states the following:

1. On July 7, 2021 Mr. Castaldi plead guilty to a seven count indictment charging child pornography, child enticement as well as receipt and distribution of child pornography.

2. The Presentencing Investigation Report (PSIR) was disclosed on August 16, 2021. Sentencing is currently set for September 20, 2021.

3. Undersigned counsel has be unable to meet with Mr. Castaldi in person to review the PSIR due to a Covid-19 outbreak at the Broward County Jails. Undersigned counsel has been denied entry into the Paul Rein facility due to

pod quarantines. At the time of writing this motion and the week leading up to it, the videoconferencing app, Securus, has been down and video visitation has been temporarily suspended.

4. Undersigned is requesting more time to meet with Mr. Castaldi to review and file objections to the PSIR and to prepare a sentencing memorandum. Mr. Castaldi's statutory maximum is Life in prison and his guideline range is Life.

5. Undersigned is requesting the sentencing be set at least three weeks after the currently scheduled sentencing date.

6. Undersigned is respectfully requesting that the sentencing hearing not be set October 6-8, 2021 or October 14-15, 2021, as undersigned is unavailable.

7. Undersigned has discussed this motion with AUSA Gregory Schiller, who has no objection to continuing the sentencing.

WHEREFORE, the Defendant respectfully asks the Court to reset the sentencing and expand the time in which to file PSIR objections.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:  s/ *Huda Ajlani-Macri*
Huda Ajlani-Macri
Assistant Federal Public Defender
Florida Bar No. 27381
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301-1842
Tel: 954-356-7436
E-Mail: Huda_Ajlani-Macri@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on September 2, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ *Huda Ajlani-Macri*
Huda Ajlani-Macri