UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80087-CR-SMITH

UNITED STATES OF AMERICA

vs.

DWIGHT CASTALDI,

        Defendant.
_____/

**DEFENDANT'S OBJECTION TO THE
PRESENTENCE INVESTIGATION REPORT**

Mr. Castaldi, through counsel respectfully submits his objection to the Draft Investigation Report "PSI" (DE 29) and in support states the following:

**Criminal History Category:**

Mr. Castaldi objects to ¶¶136, 137 of the Presentencing Investigation Report (PSR), criminal history calculation which resulted in a category II based on a conviction from California Superior Court. Mr. Castaldi is not contesting the conviction, however argues that this case is not a "prior sentence" as defined in §4A1.2(a). The term "prior sentence means any sentence previously imposed upon adjudication of guilt, whether by guilty plea, trial, or plea of nolo contendere, *for conduct not part of the instant offense.*

The conduct that Mr. Castaldi was convicted of and served a three year sentence for in California is part and parcel of the instant offense. Both the factual proffer filed in this case [DE 26], and the offense conduct portion of the (PSI ¶¶4-16.) reference

and rely on the California conviction as part of the criminal conduct Mr. Castaldi engaged in the instant case before the Court.

Undersigned has not conferred with counsel for the United States or United States Probation, as such this objection at the time of filing remains unresolved.

Wherefore the Mr. Castaldi requests this Honorable Court sustain this objection and adjust his criminal history category accordingly.

                                        Respectfully submitted,

                                        MICHAEL CARUSO
                                        FEDERAL PUBLIC DEFENDER

By:    s/ *Huda Ajlani-Macri*
        Huda Ajlani-Macri
        Assistant Federal Public Defender
        Florida Bar No. 27381
        One East Broward Boulevard, Suite 1100
        Fort Lauderdale, Florida 33301-1842
        Tel: 954-356-7436
        E-Mail: Huda_Ajlani-Macri@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on October 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ *Huda Ajlani-Macri*
Huda Ajlani-Macri