## Table 7

### SENTENCE LENGTH BY TYPE OF CRIME
### Fiscal Year 2020

| TYPE OF CRIME | National | | | Eleventh Circuit | | |
|---|---|---|---|---|---|---|
| | Mean Months | Median Months | N | Mean Months | Median Months | N |
| **TOTAL** | **40** | **14** | **64,564** | **55** | **30** | **4,970** |
| **Administration of Justice** | 11 | 8 | 542 | 11 | 6 | 37 |
| Antitrust | 8 | 6 | 11 | 11 | 10 | 3 |
| **Arson** | 78 | 60 | 48 | 126 | 102 | 8 |
| Assault | 64 | 36 | 618 | 89 | 59 | 28 |
| **Bribery/Corruption** | 15 | 8 | 240 | 14 | 11 | 58 |
| Burglary/Trespass | 19 | 15 | 39 | -- | -- | 0 |
| **Child Pornography** | 102 | 84 | 1,023 | 105 | 90 | 89 |
| Commercialized Vice | 20 | 12 | 53 | 29 | 15 | 9 |
| **Drug Possession** | 3 | 0 | 438 | 2 | 0 | 17 |
| Drug Trafficking | 76 | 60 | 16,390 | 90 | 72 | 1,477 |
| **Environmental** | 3 | 0 | 137 | 6 | 5 | 22 |
| Extortion/Racketeering | 23 | 12 | 120 | -- | -- | 1 |
| **Firearms** | 48 | 37 | 7,539 | 60 | 46 | 835 |
| Food and Drug | 17 | 4 | 33 | 3 | 3 | 4 |
| **Forgery/Counter/Copyright** | 17 | 12 | 198 | 16 | 12 | 29 |
| **Fraud/Theft/Embezzlement** | 19 | 8 | 4,823 | 26 | 18 | 718 |
| **Immigration** | 8 | 5 | 26,561 | 6 | 2 | 1,009 |
| Individual Rights | 55 | 24 | 70 | 41 | 33 | 4 |
| **Kidnapping** | 195 | 168 | 66 | 125 | 120 | 5 |
| Manslaughter | 56 | 47 | 38 | -- | -- | 0 |
| **Money Laundering** | 58 | 34 | 880 | 59 | 33 | 97 |
| Murder | 255 | 228 | 294 | 292 | 360 | 18 |
| **National Defense** | 38 | 24 | 165 | 41 | 28 | 16 |
| **Obscenity/Other Sex Offenses** | 19 | 18 | 318 | 20 | 18 | 37 |
| **Prison Offenses** | 11 | 8 | 457 | 7 | 4 | 32 |
| Robbery | 105 | 87 | 1,316 | 110 | 92 | 130 |
| **Sexual Abuse** | 201 | 180 | 881 | 229 | 216 | 95 |
| Stalking/Harassing | 29 | 21 | 225 | 43 | 24 | 31 |
| **Tax** | 15 | 12 | 366 | 27 | 18 | 37 |
| Other | 2 | 0 | 675 | 2 | 0 | 124 |

Of the 64,565 National cases, one case was excluded due to missing or indeterminable sentencing information.

Of the 4,970 cases from the Eleventh Circuit, no cases were excluded.

Sentences of 470 months or greater (including life) and probation were included in the sentence average computations as 470 months and zero months, respectively.  The information in this table includes conditions of confinement as described in USSG §5C1.1.

SOURCE:  U.S. Sentencing Commission, 2020 Datafile, USSCFY20.