UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  20-CR-80087-SMITH

UNITED STATES OF AMERICA,

v.

DWIGHT CASTALDI,

      Defendant.
_____/

### UNOPPOSED MOTION FOR RESTITUTION

The United States of America, by and through the undersigned Assistant United States Attorney, moves that this Honorable Court enter an order of restitution for the defendant, Dwight Castaldi, to pay restitution to the victims in this case. The total restitution amount, $132,000, will be due by the defendant immediately to the victims in this case: **Minor Victim 3** and **Minor Victim 5**[1], and the minors from the **"JohnDoe," "BluePillow," "CinderBlockBlue," "Cindy," "Jenny," "Sweet Pink Sugar,"** and **"Sweet White Sugar"** series.

The mandatory restitution section of the Violence Against Women Act of 1994 ("VAWA") codified at Title 18, United States Code, Section 2259, requires the Court to impose restitution for any offense under Chapter 110, including those for which the defendant was convicted, namely Possession of Material Containing Visual Depictions of Sexual Exploitation of Minors (including those under age of 12), in violation of Title 18, United States Code, Sections 2252(a)(4)(B) & (b)(2).

The mandatory restitution section of the Abolish Human Trafficking Act of 2017

---

[1] The United States Attorney's Office, the Federal Bureau of Investigations, and the United States Probation Department are in possession of the name, address and biographical information to identify Minor Victim 3 and Minor Victim 5. Minor Victim 3 is represented in Count 3 of the Indictment. Minor Victim 4 was not represented in the Indictment but was identified to the defendant in discovery.

("AHTA") codified at Title 18, United States Code, Section 2429, requires the Court to impose restitution for any offense under Chapter 117, including those for which the defendant was convicted, namely Enticement of a minor to Engage in Sexual Activity, in violation of Title 18, United States Code, Sections 2422(b).

Furthermore, Title 18, United States Code, section 2259(c) defines a "victim," as an individual "harmed as a result of a commission of a crime" under Chapter 110, including a victim who is under eighteen (18) years of age, incompetent, incapacitated or deceased, the legal guardian of the victim or representative of the victim's estates. Restitution, pursuant to Title 18, United States Code, Section 2259, is available to victims who are harmed as a proximate result of a Chapter 110 offense. Under Title 18, United States Code, section 2429(d) a "victim" is defined as an individual "harmed as a result of a crime" under Chapter 117, including a victim who is under eighteen (18) years of age, incompetent, incapacitated or deceased, the legal guardian of the victim or representative of the victim's estates.

Defendants convicted of Chapter 110 and 117 offenses must compensate for the full amount of the victim's losses, including:

      (A)    Medical services relating to physical, psychiatric, or psychological care;
      (B)    physical and occupational therapy or rehabilitation
      (C)    necessary transportation, temporary housing, and child care expenses;
      (D)    lost income;
      (E)    attorney's fees, as well as other costs incurred; and
      (F)    any other losses suffered by the victim a proximate result of the offense.

18 U.S.C. §2259(b)(2); 18 U.S.C. §2429(b)(3).

Title 18, United States Code, Section 3664(h), which is incorporated by Title 18, United States Code, Section 2259(b)(2), allows the court to apportion liability among defendants to reflect the level of contribution to the victim's loss and economic circumstances of each defendant.

There is no dispute that the defendant possessed on his computer images of child sexual abuse material (or child pornography) that depicted **Minor Victim 5** and victims of the **"JohnDoe," "BluePillow," "CinderBlockBlue," "Cindy," "Jenny," "Sweet Pink Sugar,"** and **"Sweet White Sugar,"** series being sexually abused.  Further, there is no dispute that the defendant enticed **Minor Victim 3** to engage in sexual activity using his digital devices.

Pursuant to the Mandatory Restitution for Sex Crimes section of the VAWA, codified in Title 18, United States Code § 2259, **Minor Victim 5**, and the minors from the **"JohnDoe," "BluePillow," "CinderBlockBlue," "Cindy," "Jenny," "Sweet Pink Sugar,"** and **"Sweet White Sugar,"** are each victims harmed by the defendant's offense conduct in this case and the defendant, Dwight Castaldi, is to be held liable for restitution.  Pursuant to the Mandatory Restitution for Victims of Commercial Sexual Exploitation section of the AHTA codified at Title 18, United States Code, Section 2429, **Minor Victim 3** is a victim harmed by the defendant's offense conduct in this case and the defendant, Dwight Castaldi, is to be held liable for restitution.

Harm was caused to the minors from the **"JohnDoe," "BluePillow," "CinderBlockBlue," "Cindy," "Jenny," "Sweet Pink Sugar,"** and **"Sweet White Sugar"** series by persons who possess, disseminate or share the images of the minors from the **"JohnDoe," "BluePillow," "CinderBlockBlue," "Cindy," "Jenny," "Sweet Pink Sugar,"** and **"Sweet White Sugar,"** series being sexually abused as children.  The minors from the **"JohnDoe," "BluePillow," "CinderBlockBlue," "Cindy," "Jenny," "Sweet Pink Sugar,"** and **"Sweet White Sugar,"** series knowledge that images of their individual abuse were being disseminated or  possessed by others caused the minors from the **"JohnDoe," "BluePillow," "CinderBlockBlue," "Cindy," "Jenny," "Sweet Pink Sugar,"** and **"Sweet White Sugar,"** series to be re-victimized and has resulted in harm that is distinct from that suffered from actual physical sexual abuse sustained as

a child. Accordingly, the minors from the **"JohnDoe," "BluePillow," "CinderBlockBlue," "Cindy," "Jenny," "Sweet Pink Sugar,"** and **"Sweet White Sugar,"** series were harmed as a result of the criminal conduct engaged in by the defendant, Dwight Castaldi.

Other individuals have been charged and convicted in multiple Districts with possessing, receiving, and/or disseminating child pornography wherein the minors from the **"JohnDoe," "BluePillow," "CinderBlockBlue," "Cindy," "Jenny," "Sweet Pink Sugar,"** and **"Sweet White Sugar,"** series are victims. The amounts of restitution recited herein reflect the the minors from the **"JohnDoe," "BluePillow," "CinderBlockBlue," "Cindy," "Jenny," "Sweet Pink Sugar,"** and **"Sweet White Sugar,"** series losses as proximately caused by the defendant, Dwight Castaldi.

The defendant, Dwight Castaldi, is liable for a portion of that total loss caused to the minors from the **"JohnDoe," "BluePillow," "CinderBlockBlue," "Cindy," "Jenny," "Sweet Pink Sugar,"** and **"Sweet White Sugar,"** series.

The total amount of any monetary judgment that the court orders defendant to pay will be due and payable immediately. Additionally, the government may enforce collection of any fine or restitution imposed in this case pursuant to Title 18, United States Code, Sections 3572, 3613 and 3664(m), notwithstanding any initial or subsequently modified payment schedule set by the court. Any monetary debt the defendant owes related to this matter may be included in the Treasury Offset Program (TOP) to potentially offset defendant's federal retirement benefits, tax refunds, and other federal benefits.

Pursuant to Title 18, United States Code, Section 3612(b)(F) until a fine or restitution order is paid in full, defendant must notify the United States Attorney's Office of any change in the mailing address or residence address within 30 days of the change. Further, pursuant to Title 18,

United States Code, Section 3664(k), defendant shall notify the court and the U.S. Attorney's Office immediately of any material change in defendant's economic circumstances that might affect defendant's ability to pay restitution, including, but not limited to, new or changed employment, increases in income, inheritances, monetary gifts or any other acquisition of assets or money.

The the amount of restitution recited herein reflects the victims' losses caused by the defendant, Dwight Castaldi. The defendant should pay restitution in the following amounts:

1. $50,000 to the victim known as Minor Victim 3;

2. $50,000 to the victim known as Minor Victim 5;

3. $3,000 to victim "John Doe" of the "8kids" series made payable to her counsel, "Tanya Hankins in trust for the 8 Kids Series" and sent to P.O. Box 1091, Tacoma, Washington 98401;

4. $5,000 to victim "Henley" of the "BluePillow1" series made payable to her counsel, "Deborah A. Bianco, in trust for Henley," and sent to P.O. Box 6503, Bellevue, Washington 98008;

5. $3,000 to victim "Jane" of the "CinderBlockBlue" series made payable to her counsel, "Marsh Law Firm PLLC in trust for Jane" and sent to Marsh Law Firm PLLC, Attn: Jane, P.O. Box 4668 #65135, New York, NY 10163-4668;

6. $8,000 to victim "Cindy" of the "Cindy" series made payable to her counsel, "Cusack, Gilfillan & O'Day, LLC for 'Cindy'," and sent to 411 Hamilton Blvd., Suite 1510, Peoria, IL 611602;

7. $3,000 to victim "Jenny" of the "Jenny" series made payable to her counsel, "Marsh Law Firm PLLC in trust for Jenny" and sent to Marsh Law Firm PLLC, Attn: Jane, P.O. Box 4668 #65135, New York, NY 10163-4668;

8. $5,000 to victim "Mya" of the "Sweet Pink Sugar" series made payable to her counsel, "Deborah A. Bianco, in trust for Mya" and sent to Deborah A. Bianco, P.S., P.O. Box 6503, Bellevue, WA 98008; and

9. $5,000 to victim "Pia" of the "Sweet White Sugar" series made payable to her counsel, "Deborah A. Bianco, in trust for Pia" and sent to Deborah A. Bianco, P.S., P.O. Box 6503, Bellevue, WA 98008.

The undersigned has communicated with Assistant Federal Public Defender Huda Ajlani-Macri, counsel for the defendant, Dwight Castaldi, who is in agreement with this motion and the amounts of restitution. Moreover, Ms. Ajlani-Macri has recently filed that the defendant will not contest any restitution sought by the government in this case (DE 33:11).

    Respectfully submitted,

    JUAN ANTONIO GONZALEZ
    ACTING UNITED STATES ATTORNEY

    By: *s/Gregory Schiller*
    GREGORY SCHILLER
    ASSISTANT U.S. ATTORNEY
    Court ID # A5501096
    500 Australian Avenue, Suite 400
    West Palm Beach, FL 33401
    Phone: (561) 209-1045
    Email: gregory.schiller@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 15, 2021, I electronically filed the foregoing document with the Clerk of the Court, and served a copy upon all counsel of record, using CM/ECF.

By: *s/Gregory Schiller*
Gregory Schiller
Assistant United States Attorney