## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-80087-CR-SMITH

**UNITED STATES OF AMERICA,**

**v.**

**DWIGHT CASTALDI,**

       **Defendant.**
_____/

## NOTICE OF FILING VICTIM IMPACT SATEMENTS

The government hereby files this notice of the filing of victim impact statements for the sentencing of the above-named defendant.

1. Attachment A is the Victim Impact Statement of Minor Victim 1

2. Attachment B is the Victim Impact Statement of Minor Victim 6

                     Respectfully submitted,

                     JUAN ANTONIO GONZALZ
                     UNITED STATES ATTORNEY

                     By: *s/Gregory Schiller*
                     GREGORY SCHILLER
                     ASSISTANT U.S. ATTORNEY
                     Court ID # A5501096
                     500 Australian Avenue, Suite 400
                     West Palm Beach, FL 33401
                     Email: gregory.schiller@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November  2 , 2020, I electronically filed the foregoing document with the Clerk of the Court, and served a copy upon all counsel of record, using CM/ECF.

By: *s/Gregory Schiller*
Gregory Schiller
Assistant United States Attorney