Your Honor,

I want to thank you for taking the time to read to my statement today. This whole process has been quite traumatic for me. When I was contacted by the FBI about this case, I immediately got shivers hearing the name Dwight Castaldi. It brought back memories that I tried to bottle up and hide for years. Reliving that trauma is something that I never imagined I'd have to do. Not only did the defendant cause trauma to me as a child, but now in my adult life, I am reliving the pain I went through all over again.

Because I have spent so many years repressing memories of my trauma, many of the details of my communications with Dwight Castaldi are foggy. I remember key aspects and my emotions, but specifics are difficult for me to recall. Several years ago, when I was approximately age 14, I was completely deceived by the defendant. I thought I was emailing and texting a boy around my age, but instead I was talking to a grown man who took pleasure in exploiting children.

I met Castaldi through MySpace, and I was easily impressed, as any 14-year-old girl is. He used my love of Christianity and music to create the ideal persona. He told me he was a Christian and that he was a drummer. We talked deeply about religion and he used this to convince me to do acts that would have otherwise been unthinkable for my 14-year-old self.

He would talk about my body and parts that I had never discussed with boys before. He would compliment parts about my body that I didn't even fully understand yet. He used eloquent language to convince me that I had met someone who was mature and cared about me. He would tie in Christianity and convince me to share my images of my body with him.

Though I was always reluctant, he convinced me to send him pictures of my naked body. He would ask specifically for certain areas and ask for new pictures if I didn't get it right. Castaldi would then shower me with compliments, convincing me that I did the right thing. It never felt right.

I don't really remember how long this all lasted to be honest, but I was very much convinced that I was in love with this "boy" and that he loved me too. It was all a disgusting deception. I do remember calling it off because I was very worried my parents would find out. I also did not feel right sending the pictures. In ending the communications, I, a child, took initiative to protect my body.

For a short period of time afterwards, I was still under the impression that Castaldi was a young boy. And although it felt wrong, it felt like a mistake shared by two ignorant children. It wasn't long, though, until I decided to look up the name Dwight Castaldi. It

didn't take much sleuthing to find out that this person I was talking to was actually an adult.

When I first looked him up, I tried to convince myself that maybe I had just found the name of his dad, and not him. Then, when I came to terms with what actually happened, I was filled with rage and went through a deep depression. It is incredibly traumatizing to learn that I was a victim of abuse, and I didn't even know it. I can't possibly explain how horrifying that is- to know I was taken advantage of as a child.

For years I suppressed this trauma. I tried not to think about it, and for the most part, I was successful. Until I received the call from the FBI about Dwight Castaldi. Since I was unavailable at first, my parents were also called. This meant that I felt compelled to explain the entire situation to my mother.

I have a wonderful relationship with my mother, and it pains me how much this situation has affected her. She knows that she wasn't able to protect me from this predator, and it breaks her heart. Though this deception was years ago, its effects continue in my life. Upon communications and cooperation with the FBI, I also had to identify pictures that I had sent to Castaldi as a child. I have never had to do anything so difficult. Seeing my childhood body again felt like something out of a horror story. Those images brought back the shame I felt sending each picture. Feeling like I wasn't good enough, or that I needed to use my body for someone to love me. It was horrible.

The trauma I have suffered from communications with Castaldi is ongoing, but I do feel better now knowing that he will not be able to do this to anyone else. No one deserves to go through this, especially not a child. I genuinely feel like the world is a better place now that his crimes have been brought to light.

Thank you for your time.

Minor Victim 1