VIS
Sentencing: Tuesday, November 2, 2021 9:30am EST

Young. Impressionable. Underdeveloped prefrontal cortex.
This is who I was.

Scary. Exciting. Rebellious.
That's what it felt like when you start getting attention from people online. You feel adult, but you aren't.

Shame. Guilt. Unbearable grief for something I still don't quite understand.
This is what it feels like when you grow up, when you recognize what happened with an understanding that you just don't have when you're a kid.

I was playing with my nieces and nephews at the beach when I first got this call from the FBI. I step aside, go pale, vomit in the bushes when things I hadn't thought about in years come rushing back. I tell everyone I'm fine, just a stomach bug, when in reality I'm filled with gut wrenching anxiety that anyone else will know, will find out what happened. I look out at my nieces and nephews, wonder if this might be a call they get someday too.

This has forever impacted how I am able to interact platonically online and romantically/sexually in every relationship for the rest of my life.

Internet safety is something everyone has to learn; I fervently hope that no one else has to learn it with such exposure, vulnerability, and loss of innocence.