UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   20-CR-80087-SMITH

UNITED STATES OF AMERICA,

v.

DWIGHT CASTALDI,

      Defendant.
_____/

ORDER ON  RESTITUTION

THIS CAUSE is before the Court on the Unopposed Motion Regarding Restitution signed by Assistant United States Attorney Gregory Schiller, and without objection from the defendant, Dwight Castaldi, and his counsel, Assistant Federal Public Defender Huda Ajlani-Macri.  The Court has reviewed said motion and the reasons advanced therein and is fully advised as to the facts and circumstances of this case.  It is therefore

ORDERED AND ADJUDGED that the stipulated restitution amount of $132,000, made payable as follows:

1.     **$50,000 to the victim known as Minor Victim 3;**

2.     **$50,000 to the victim known as Minor Victim 5;**

3.     **$3,000 to victim "John Doe" of the "8kids" series made payable to her counsel, "Tanya Hankins in trust for the 8 Kids Series" and sent to P.O. Box 1091, Tacoma, Washington 98401;**

4.     **$5,000 to victim "Henley" of the "BluePillow1" series made payable to her counsel, "Deborah A. Bianco, in trust for Henley," and sent to P.O. Box 6503, Bellevue, Washington 98008;**

5.     **$3,000 to victim "Jane" of the "CinderBlockBlue" series made payable to her counsel, "Marsh Law Firm PLLC in trust for Jane" and sent to Marsh Law Firm PLLC, Attn: Jane, P.O. Box 4668 #65135, New York, NY 10163-4668;**

6.     **$8,000 to victim "Cindy" of the "Cindy" series made payable to her counsel,**

**"Cusack, Gilfillan & O'Day, LLC for 'Cindy',"** **and sent to 411 Hamilton Blvd., Suite 1510, Peoria, IL 611602;**

7.     **$3,000 to victim "Jenny" of the "Jenny" series made payable to her counsel, "Marsh Law Firm PLLC in trust for Jenny" and sent to Marsh Law Firm PLLC, Attn: Jane, P.O. Box 4668 #65135, New York, NY 10163-4668;**

8.     **$5,000 to victim "Mya" of the "Sweet Pink Sugar" series made payable to her counsel, "Deborah A. Bianco, in trust for Mya" and sent to Deborah A. Bianco, P.S., P.O. Box 6503, Bellevue, WA 98008; and**

9.     **$5,000 to victim "Pia" of the "Sweet White Sugar" series made payable to her counsel, "Deborah A. Bianco, in trust for Pia" and sent to Deborah A. Bianco, P.S., P.O. Box 6503, Bellevue, WA 98008.**

is hereby GRANTED and the Judgment will reflect the same.


DONE AND ORDERED at Fort Lauderdale, Florida, this 2nd day of November 2021.


_____
Rodney Smith
United States District Judge

cc:     Gregory Schiller, AUSA
        Huda Ajlani-Macri, AFPD
        U.S. Probation
        U.S. Marshals